UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARMILITA BUNDY,

       Plaintiff,                           Civil Action No. 10-12678

vs.                                   HON. BERNARD A. FRIEDMAN

FEDERAL NATIONAL
MORTGAGE ASSOCIATION, et al.,

       Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

       This matter is presently before the court on (1) the motion of defendants Wayne County and Ralph Leggat to dismiss [docket entry 37]; (2) plaintiff's motion for a preliminary injunction [docket entry 41]; and (3) the motion of defendant Marshall Isaacs for judgment on the pleadings [docket entry 44]. Magistrate Judge Michael Hluchaniuk has submitted a report and recommendation ("R&R") in which he recommends that the court grant the first of these motions, deny the second, deny the third as moot, and *sua sponte* dismiss the complaint as to defendant Isaacs for plaintiff's lack of prosecution.

       No party has filed any objections to the R&R, and the time do so has expired. The court has reviewed the file, the motion papers, and the R&R. The court finds that the magistrate judge's analysis is correct and his recommendation sound. Accordingly,

       IT IS ORDERED that Magistrate Judge Hluchaniuk's Report and Recommendation of November 15, 2011, is hereby accepted and adopted as the findings and conclusions of the court.

       IT IS FURTHER ORDERED that the motion of defendants Wayne County and Ralph

Leggat to dismiss [docket entry 37] is granted.

IT IS FURTHER ORDERED that plaintiff's motion for a preliminary injunction [docket entry 41] is denied.

IT IS FURTHER ORDERED that the motion of defendant Marshall Isaacs for judgment on the pleadings [docket entry 44] is denied as moot.

IT IS FURTHER ORDERED that the complaint is dismissed as to defendant Marshall Isaacs for lack of prosecution.

Dated: January 9, 2012                    S/Bernard A. Friedman
     Detroit, Michigan                 BERNARD A. FRIEDMAN
                                SENIOR UNITED STATES DISTRICT JUDGE